## IN THE MATTER OF HENRY HANSON, HARVEY METCALF AND WILLIAM E. PROBERT

PAPERS IN FILE (1821): (1) Petition for habeas corpus, allowance; (2) writ of habeas corpus; (3) return; (4) precipe for execution and copy of writ of execution issued by John McDonell, J. P., in the case of *Moses Birdsall* v. *Richard Freeland*; (5) decision.

## IN THE MATTER OF WILLIAM JONES

PAPERS IN FILE (1821): (1) Writ of habeas corpus; (2) return; (3) decision; (4) recognizance.

## IN THE MATTER OF JOHN F. CARTER

PAPERS IN FILE (1821): (1) Writ of habeas corpus.

## IN THE MATTER OF GEORGE DOUGHTS

PAPERS IN FILE (1821–22): (1) Petition for habeas corpus, allowance; (2) writ of habeas corpus; (3) return; (4) recognizance; (5) prisoner discharged on recognizance.